# FARNAN LLP

October 7, 2019

**VIA E-FILING**

The Honorable Leonard P. Stark
United States District Court
District of Delaware
844 N. King Street, Room 6124
Wilmington, DE 19801-3555

Re: *Eric Sabatini v. Del Frisco's Restaurant Group, et al.*, No. 19-cv-1385-LPS

Dear Chief Judge Stark,

We represent FNY Partners Fund LP ("FNY") in the above-captioned action, and write regarding Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule 41(a)(1)(A)(i). D.I. 7.

As background, on July 25, 2019, plaintiff Eric Sabatini commenced this action asserting claims pursuant to Sections 14(a) and 20(a) of the Securities Exchange Act of 1934. D.I. 1. On July 31, 2019, Mr. Sabatini's counsel, Rigrodsky & Long, P.A., published a notice pursuant to the Private Securities Litigation Reform Act of 1995 setting a deadline of September 30, 2019 for putative class members to file a motion seeking appointment as lead plaintiff. D.I. 5, Ex. D. On September 30, 2019, FNY filed a motion for appointment as lead plaintiff and approval of its selection of lead counsel and liaison counsel. D.I. 3.

As the Court is aware, Mr. Sabatini filed a Notice of Voluntary Dismissal. D.I. 7. FNY respectfully submits that the filing of that Notice moots the lead plaintiff motion process and FNY's pending motion for appointment as lead plaintiff.

We are available should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian Farnan

cc: All counsel of record (via ECF)